# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 4:21-cv-00946-SEP |
| MISSOURI DEPT. OF CORR., ET AL., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff's post-judgment motion to reopen. Doc. [10]. Plaintiff is a prisoner, currently incarcerated at Jefferson City Correctional Center, who is subject to 28 U.S.C. § 1915(g) and has "knowingly and persistently engaged in litigation practices that amount[ed] to abuse of the judicial process." *Engel v. Jefferson Cnty. Sheriff Dep't.*, No. 4:21-cv-000896-SEP, 2021 WL 4133791, at *3 (E.D. Mo. Sept. 10, 2021).

In the instant motion, Plaintiff complains that he was subjected to unlawful conditions of confinement at the Missouri Eastern Correctional Center (MECC) in July of 2021, and he asks this Court to appoint counsel to represent him and let him proceed with his claims against the Missouri Department of Corrections and MECC. Plaintiff's motion is frivolous, and it is consistent with his prior pattern of abusive litigation before this Court. The Court therefore denies the motion and directs the Clerk to return any future documents to Plaintiff unfiled.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to reopen the present action, Doc. [10], is **DENIED.**

**IT IS FURTHER ORDERED** that, should Plaintiff submit any additional documents in this closed matter, the Clerk of Court shall return them to Plaintiff unfiled.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 13th day of January 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE